# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION


**UNITED STATES OF AMERICA,**

        **Plaintiff,**                **CASE NO.: 2:23-CR-98(2)**
                                **JUDGE SARGUS, JR.**

      **v.**

**FRANCISCO RUELLAS-GONZALEZ,**

        **Defendant.**


## ORDER TO AMEND CASE CAPTION

Upon motion of Counsel for the Government and for good cause shown, the Court directs the Clerk to Amend the Docket, Judgment and Statements of Reasons to include the previously used alias of the Defendant in the above-entitled case such that the case caption is amended to reflect Defendant's name as "Sotelo Carvajal-Carranza aka Francisco Ruellas-Gonzalez."

      **IT IS SO ORDERED**.


                                     s/Edmund A. Sargus, Jr.
                                       EDMUND A. SARGUS, JR.
                                       UNITED STAES DISTRICT COURT JUDGE